UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20725-CR-COOKE

**UNITED STATES OF AMERICA**,
    Plaintiff,

Vs.

**EDOARDO ORSONI,**
    Defendant(s).
_____ /

### ORDER SETTING HEARING VIA VIDEO CONFERENCE

**THIS CAUSE** came before the Court *sua sponte*. Given United States District Court, Southern District of Florida's Administrative Order 2020-41 entered on June 29, 2020; and calendar restrictions in the Court's ability to schedule hearings with defendants in custody at FDC-Miami, it is

**ORDERED AND ADJUDGED** that the Change of Plea hearing in this matter is scheduled for **August 11, 2020 at 11:00 a.m**. If present COVID-19 restrictions are still in place, the hearing may be held via video conference, with instructions to follow. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

IT IS FURTHER ORDERED as follows:

Because the CARES Act does not require the consent of a defendant to be in writing, such consent may be obtained in the form most practicable under the circumstances, if the defendant's consent is clearly reflected in the record;

If a written waiver is required, and if obtaining an actual signature is impractical given the health and safety concerns presented: (i) a defendant may sign a document electronically; or (ii) defense counsel may sign on the defendant's behalf if the defendant, after an opportunity to consult with counsel, consents; and

Defendant shall return the attached form at least one day prior to the scheduled hearing.

**DONE AND ORDERED** in Miami, Florida, this 16th day of July 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Cc: Counsel of record.