UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20725-COOKE

**UNITED STATES OF AMERICA**,
    Plaintiff,
v.

**EDOARDO ORSONI**,
    Defendant.

_____/

## WAIVER OF PHYSICAL PRESENCE IN COURT AND CONSENT TO APPEAR BY VIDEO OR TELECONFERENCE UNDER THE CARES ACT, PUB. L. NO. 116-136, 134 STAT. 281

    **COMES NOW** Defendant Edoardo Orsoni, who states:

1. I have read the Indictment/Information/Petition (or it was read to me) and understand the charges that have been brought against me.

2. I have consulted with my attorney. I understand that I am guaranteed the right to be present at all criminal proceedings if my presence is critical to the outcome of the proceeding and would contribute to the fairness of the proceeding.

3. I understand that the guaranteed right to be present means the right for me to be present, in person in the courtroom, with my attorney, the prosecutor, and the judge.

4. I understand that I can waive the guaranteed right to appear in person and consent to appear, at today's hearing, by video teleconference or telephone conference.

5. I ____**waive** ____ **do not waive** (check one) my right to be present, in person in the courtroom, for today's proceeding(s) (name proceeding(s)): _____, and/or for all proceedings on Exhibit A attached hereto identified by checkmark and the initials of the Defendant and/or Defendant's attorney.

6. I ____ **consent** ____ **do not consent** (check one) to appearing by video teleconference or telephone conference if video teleconference is not reasonably available for today's proceeding(s) (name proceeding(s)): _____,

| | |
|---|---|
| _____ | _____ |
| Defendant's Signature[1] | Defense Counsel's Signature |
| _____ | _____ |
| Defendant's Name (printed) | Defense Counsel's Name (printed) |
| _____ | _____ |
| Date | Date |

ACCEPTED BY:

_____       _____

**MARCIA G. COOKE**                                                         Date
**UNITED STATES DISTRICT JUDGE**

---

[1] Due to the COVID-19 pandemic, conformed signatures by permission will be accepted. If signed by permission, defense counsel represents that Defendant gave express permission to apply his or her signature.

2