UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20725-CR-MGC

UNITED STATES OF AMERICA

vs.

EDOARDO ORSONI,

      Defendant.
_____/

## FACTUAL PROFFER

The United States and EDOARDO ORSONI (the "defendant") stipulate and agree that if this case had proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt, which prove that ORSONI is guilty of Count 1 of the Information, Conspiracy to Commit an Offense against the United States, in violation of Title 18, United States Code, Section 371:

The defendant held various positions at Petroléos de Venezuela S.A. ("PDVSA"), the state-owned and controlled oil company of Venezuela, and its subsidiaries from 2007 to 2018. In particular, the defendant served as general counsel of Petrocedeño S.A. ("Petrocedeño") from 2009 to 2013 and then as legal manager for all of PDVSA's operations in the oil-rich Orinoco belt of Venezuela. Petrocedeño is a joint venture between PDVSA and two European oil companies with majority control belonging to PDVSA. During the relevant period, Petrocedeño had a significant operating budget and awarded hundreds of millions of dollars' worth of contracts each year. PDVSA, its subsidiaries, and Petrocedeño were controlled by the Venezuelan government and performed government functions for and on behalf of Venezuela.

Starting in or around 2012, the defendant served on a committee that reviewed and approved Petrocedeño contracts for goods and services. As part of that committee, the defendant participated in the decision-making process for awarding contracts and had the ability to cancel or raise concerns about contracts. Because of his role with contracts, Petrocedeño contractors approached the defendant to offer bribes and kickbacks to secure an improper advantage and for his assistance with obtaining contracts or receiving payment on contracts. In addition, the defendant received instructions from senior PDVSA officials to ensure that specific contractors were awarded contracts from Petrocedeño.

For example, Contractor 1 controlled a series of companies that received funds from contracts with PDVSA subsidiaries, including Petrocedeño, through wire transfers to Contractor 1's corporate bank accounts in Miami, Florida. During his employment with Petrocedeño, the defendant attended a meeting where a senior official at PDVSA in the Orinoco belt region instructed PDVSA officials, including the defendant, to assign contracts to Contractor 1. Afterwards, at Petrocedeño's offices in Venezuela, Contractor 1 approached the defendant and asked the defendant to identify bank accounts into which the defendant could receive bribe payments in connection with Petrocedeño contracts. The defendant provided an offshore bank account in the name of a corporation. In furtherance of the scheme, on or about January 27, 2015, Contractor 1 wire transferred approximately $201,180, from an account in Miami of a U.S.-registered company to a corporate bank account in the Caribbean connected to the defendant.

During the period from 2014 to 2015, the government can prove that the defendant received other bribes and kickbacks totaling at least $1 million from contractors in exchange for the defendant's assistance in obtaining contracts with or payments from Petrocedeño and another PDVSA subsidiary. These payments were made to corporate bank accounts connected to the defendant. With the defendant's agreement, funds from these bribe and kickback payments were used to purchase, among other things, the following real properties: (a) real property located at 1080 Brickell Avenue, Unit 4100, Miami, Florida 33131; and (b) real property located at 1080 Brickell Avenue, Unit 4106, Miami, Florida 33131. The defendant and his co-conspirators knew the corrupt transactions and the use of the proceeds from the transactions were unlawful.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 5/23/19     By: _____
                      MICHAEL N. BERGER
                      ASSISTANT UNITED STATES ATTORNEY

ROBERT ZINK
ACTING CHIEF, FRAUD SECTION
CRIMINAL DIVISION

Date: 5/23/19     By: _____
                      JOHN-ALEX ROMANO
                      TRIAL ATTORNEY, FRAUD SECTION

Date: 5/23/19     By: _____
                      MICHAEL DIAZ, JR.
                      ATTORNEY FOR DEFENDANT

Date: 5/23/19     By: _____
                      EDOARDO ORSONI
                      DEFENDANT

3