

**INTERNATIONAL**
LAW FIRM & ALLIANCE

DIAZ, REUS & TARG, LLP
MIAMI OFFICE
100 S.E. 2nd Street
3400 Miami Tower
Miami, Florida 33131

Tel: (305) 375-9220
Fax: (305) 375-8050
www.diazreus.com

FILED BY _____ D.C.

JAN 29 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

January 28, 2021

The Honorable Marcia G. Cooke
United States District Judge
United States District Court
400 N. Miami Avenue, Room 11-2
Miami, Florida 33128

**VIA FEDERAL EXPRESS**

RE: **U.S. v. Edoardo Orsoni**
**Case No. 19-20725-CR-COOKE**

Dear Judge Cooke:

Enclosed please find a series of letters from various family members and friends on behalf of the defendant, Edoardo Orsoni. We respectfully request that the Court consider all of these letters in connection with the sentencing of Edoardo Orsoni on February 10, 2021 at 10:00 a.m. Thank you.

Sincerely,

Robert I. Targ

RIT:lv
Enclosures

cc: Michael N. Berger, AUSA
    Mercedes Sornoza, USPO

# U.S. v. Edoardo Orsoni
# Case No. 19-20725-CR-COOKE

## LETTERS ON BEHALF OF DEFENDANT
## FOR USE AT SENTENCING

# U.S. v. Edoardo Orsoni
# Case No. 19-20725-CR-COOKE

## TABLE OF CONTENTS

| TAB | NAME |
|---|---|
| 1 | Letter from Gustavo Jose Orsoni Defrenza (brother) |
| 2 | Letter from Humberto Jose Orsoni Defrenza (brother) |
| 3 | Letter from Teresa de Orsoni (mother) |
| 4 | Letter from Ninesky Stefania Fierro Salazar (ex-wife) |
| 5 | Letter from Maria Fernanda Orsoni Fierro (daughter) |
| 6 | Letter from Stefania Osoni Fierro (daughter) |
| 7 | Letter from Camila Teresa Orsoni Vasquez (daughter) |
| 8 | Letter from Stela Defrenza Masciopinto (grandmother) |
| 9 | Letter from Dr. Jose Dimuro Alloca (family friend and G-dfather) |
| 10 | Letter from Dr. Alfredo Cabrera (family friend and Professor of Law) |
| 11 | Letter from Marisela Senior (former legal assistant) |
| 12 | Letter from Judberlys Atencio (attorney and former co-worker) |
| 13 | Letter from Alejandro Smilinsky (attorney and former co-worker) |
| 14 | Letter from Edward Flores (friend and professional colleague) |
| 15 | Letter from Nina Mata (former legal assistant) |

November 27, 2020

**Gustavo José Orsoni Defrenza**

**641 NE 191 Street North Miami, 33179**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

      RE:    **U.S. v. Edoardo Orsoni**

             **Case No. 19-20725-CR-COOKE**

Dear Judge Cooke:

Through these means I am writing to communicate that I am aware of my brother, Edoardo J. Orsoni's criminal case, we have talked at length about this situation and I am sure that he is very regretful for what he did as at our home we always received Christian moral.

We are a total of three brothers who have received a very respectable education with parents who had been married for 45 years until the recent death of our father 9 months ago. We are a family of lawyers, each one in their specialties, in the case of Edoardo he has been a respected lawyer in the world of oil and gas industries.

He is aware that his action has grave consequences in his life and in our family's life, most of all to his daughters Camila, Maria and Stefania since they depend on their father economically and emotionally. He is an excellent person, brother, son and father, for this reason I dare to ask that you consider the sentencing of this case and have mercy on my brother so that their daughters do not suffer any harm, and he can continue to work and be able to maintain their daughters and help their daughter's mothers with the expenses and school, and be able to make amends for the damage done.

Me as an older of three brothers I have faith in God that this letter will have a special value towards the sentencing of my brother's case, whom I love and support unconditionally.

With thanks I await a positive response for this case.

Sincerely,



November 30, 2020

**Humberto José Orsoni Defrenza**

**Calle 3, Edif. Toscana, apto 5-E, Anzoátegui, Zip code 6016, Venezuela.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

     RE:  **U.S. v. Edoardo Orsoni**

        <u>**Case No. 19-20725-CR-COOKE**</u>

Dear Judge Cooke:

I am writing to you in order to express that I am aware of my brother, Edoardo J. Orsoni's criminal case, He and I have talked from the beginning all this unfortunate situation in his life and I am completely confident of his repentance and lesson learned, especially for our Christian moral formation and principles transmitted by our parents.

Edoardo is the second of my two brothers, we barely have a year difference in age, I have seen his great recognitions achieved in his 19-year career as an expert lawyer in oil and gas, occupying positions of high competence and responsibility, managing to obtain experiences in the energetic world of other countries.

In addition to being sorry, he is fully aware of the inappropriate mistake made, it has affected our family especially his three daughters, who have almost two years without being able to see them and be able to do homework in person as they used to.

Edoardo has always been a great brother, an excellent son and especially a fantastic father, that is why I very respectfully ask her honor to consider, according to her greatest wisdom and human and family principles, a sentencing where his daughters and our mother do not suffer any affliction and he keeps fulfilling his role as a father, my brother has always paid the best schools for his three daughters, and finally he can compensate the damage caused

I have great faith that this letter will help for the best sentence of my brother and can rebuild his life in these difficult times of pandemic, hope for a positive response for him.

Sincerely,

*[signature]*

November 30, 2020

**Teresa de Orsoni**

**Calle calamar, casa FB-6, Anzoategui, zip code 6067, Venezuela.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

          RE:     **U.S. v. Edoardo Orsoni**

                    <u>**Case No. 19-20725-CR-COOKE**</u>

Dear Judge Cooke:

My name is Teresa de Orsoni, I was married to Jose Orsoni for 45 years, we had our second son Edoardo J. Orsoni Defrenza. Both my husband and I were aware from the first moment of the criminal case about our son in the southern district court From Florida. Unfortunately my husband passed away earlier this year from a cancer disease and Edoardo could not say goodbye in person, but his father was attentive until the last moment of his son's criminal case. We were always sure of the true repentance for the serious mistake made by Edoardo, we have been a deeply Christian family with high moral principles, no one in our family has ever had any criminal record of any kind.

We are a family of lawyers, each one in their specialties, in the case of Edoardo he has been a respected lawyer in the world of oil and gas industries, he had three daughters Camila, Maria and Stefania and has been an exemplary father with each one, he has had to do special actions with his daughter Maria who was born with a genetic kidney disease

In the repeated conversations with Edoardo, he fully understands the seriousness of the crime committed and the potential risk of not being able to pay for the education, clothing, food and housing of his daughters, but especially the emotional support that he represents for them in their day.

It is not because he is my son, but Edoardo is an extraordinary person, with solid Christian principles, a person in good health, professional, responsible for his family, he never had criminal problems, he never used drugs, he is a good athlete, I dare to absolute responsibility to ask for the best sentence for him



and to obtain the corresponding result to avoid any psychological damage, especially to his daughters and to continue working in his professional area of oil and gas

I have no doubt that this letter will generate an objective and fair criterion for my son Edoardo to have the best sentence in his case.

With thanks I await a positive response for this case.

Sincerely,

[signature]

November 28, 2020

**Ninesky Stefania Fierro Salazar**

**De los pinos, M118, Lagomar Sur, Canelones, 15000, Uruguay.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

> RE:   **U.S. v. Edoardo Orsoni**
>
> **Case No. 19-20725-CR-COOKE**

Dear Judge Cooke:

I am the ex-wife of Edoardo J. Orsoni Defrenza, we had been married for 12 years. We had two daughters Maria and Stefania. We lived in Venezuela until May 2017 then we moved to the United States for a work assignment from Edoardo. In May 2018 I had to travel alone to Venezuela to say goodbye to my mother who suffered from terminal Cancer. After my mother passed away, I tried to return to Houston, but the US consulate in Caracas did not approve my visa, Edoardo lived for 08 months only with our daughters in Houston and it was an excellent experience he had with our daughters, they, despite my physical absence, had an excellent relationship with their father, as well as an excellent performance at his school (Highland Elementary school sugar land, Texas).

In August 2018 I moved to Uruguay with my Father, because in addition to being Venezuelan citizens we are also Uruguayan citizens. In January 2019, after a friendly separation agreement with Edoardo, I received my daughters in Uruguay who still live with me. In October 2019 by amicable agreement we divorced. Edoardo has paid all the travel, clothing, and transportation expenses for our daughters' pet (Rocco). He has also paid, among other things, a monthly payment of $ 500 a month for child support.

I am aware of the legal situation that Edoardo is going through at the moment, he always showed himself as a very professional and punctual person in his work, on many occasions I saw him very happy with the promotions and that he achieved with merits in his work, I am sure that he is very regretful for what he did, he has proven to be an extraordinary father with his daughters.

Edoardo maintains daily communication by FaceTime with our daughters and does homework with them, he has an extraordinary relationship with his daughters and they need to talk and see their dad every day, I have faith in God that this letter will have a especial value towards the sentencing of my ex-husband and my daughter's father.

Sincerely,

*[signature]*

November 29, 2020

**Nina Mata**

**16610, Thunderbay Dr. Houston, Texas, zip code 77062, United States Of America.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

RE:   U.S. v. Edoardo Orsoni

<u>Case No. 19-20725-CR-COOKE</u>

Dear Judge Cooke:

I know Edoardo J. Orsoni Defrenza, for about 4 years, I was his assistant in the period while he served as legal vice president of Citgo Petroleum Corporation in Houston, Texas. I have talked with him about the crime committed and I have noticed that he is totally sorry.

At that time he met his wife Ninesky, his daughters Maria, Stefania and his mother Teresa, I was able to talk and share with them on many occasions and they are a beautiful family with very high Christian principles.

On the other hand, my working relationship with Edoardo was productive and successful, he was a very competent boss and respectful of company policies.

I saw closely the growth of his daughters in Texas and the very valuable relationship with their Father Edoardo, so I cannot imagine the suffering of his daughters if they are separated from the daily contact with their father.

With the utmost respect, your honor, I request your mercy in the decision to be made in the next few days about the crime committed by Edoardo, who I am completely sure is a great person.

Sincerely,

*[signature]*

December 01, 2020

**Dr. Alfredo Cabrera**

**Urbanizacion Valle Jardin, casa 04, Aragua, zip code 2103, Venezuela.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

RE:   **U.S. v. Edoardo Orsoni**

**Case No. 19-20725-CR-COOKE**

Dear Judge Cooke:

Dear your honor, my name is Alfredo Cabrera, I am a lawyer with a doctorate in public administration and a university professor at the law school of the Santa Maria University in Venezuela for more than 40 years, I am aware of the crime committed by my ex- student Edoardo J. Orsoni Defrenza, I have been not only Edoardo's teacher, but also of his parents Jose and Teresa and his two brothers Gustavo and Humberto.

I can certify with the greatest responsibility that they are a family with solid Christian and human principles. In the specific case of Edoardo, I can emphasize that his performance at the university was truly exemplary, he studied his entire career while working, which generated a greater sacrifice on his part. Additionally, he was a student of high performance and qualifications, always being among the first ten best students of the promotion of lawyers in 2002.

In conversations with Edoardo, I have noticed his great regret for his serious crime, I am sure he has learned a great life lesson.

I have also known his performance as a father. I can verify that his three daughters depend on all the support and support of Edoardo, for which I ask Your Honor to provide a sentencing using this testimony that I give with the most sincere respect and admiration to this young lawyer who has a great future for continuing to do good things for society.

Sincerely,

December 01, 2020

**Marisela Senior**

**Casco Central, calle Bolivar, casa 23, Anzoategui, zip code 6016, Venezuela.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

      RE:    **U.S. v. Edoardo Orsoni**

               **Case No. 19-20725-CR-COOKE**

Dear Judge Cooke:

My name is Marisela Senior, I have a degree in industrial relations, I have 35 years of experience in the oil industry, I was an assistant to Edoardo J. Orsoni Defrenza for 11 years, Edoardo and I have discussed in detail the crime committed by the Many years ago.

I have known his family very well, parents, ex-wife, daughters, they are a family of legal professionals and we have always been together in the same church, they are very believers in God.

Edoardo is completely sorry for this serious mistake, I as his former assistant can corroborate that the offering of gifts by contractors is very common despite being inappropriate. However, he is aware now that it was a big mistake.

Your Honor, with the utmost respect I ask for your utmost mercy in the decision that you must make soon on the crime of Edoardo. I am very sure that any negative decision will directly affect the three daughters of Edoardo who receive their emotional support and the respective payments on a daily expenses, housing, education and many more.

Always waiting for a positive decision from you.

Sincerely,

*[signature]*

November 29, 2020

**Judberlys Atencio**

**Casco Central, calle bolivar. Cas 14, Anzoategui, zip code 6016, Venezuela.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

         **RE:**    **U.S. v. Edoardo Orsoni**

                **Case No. 19-20725-CR-COOKE**

Dear Judge Cooke:

My name is Judberlys Atencio, I am 33 years old, I am a lawyer specialized in Petroleum, I worked with Edoardo J. Orsoni Defrenza for 8 years, being my supervisor. I have had several conversations about his crime committed and I have the conviction that he is totally sorry for that fact He was a supervisor who transmitted a lot of knowledge and experiences in the oil industry, since he started at a very young age in that very competitive industry.

Your honor is highly respected, I can certify that it will correspond to him to issue a sentence before a good man and father of three girls who require the support of the father to guarantee them studies, housing and food.

In a very respectful way, I ask you to have the greatest possible pity for this good man who still has to give a lot for his family and others.

God bless you and make the best decision.

Sincerely,

December 02, 2020

**Alejandro Smilinsky**

**El Menito, casa 11, Zulia, zip code 4016, Venezuela.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

        **RE:**    **U.S. v. Edoardo Orsoni**

                  **Case No. 19-20725-CR-COOKE**

Dear Judge Cooke:

Dear Your Honor, my name is Alejandro Smilinsky, I am 36 years old, I am a lawyer specialized in oil, I am a university professor, I have worked with Edoardo J. Orsoni Defrenza for more than 10 years, he has been my supervisor and we have worked many oil arbitrations around of the world and it has been an extraordinary experience to share these activities with Edoardo. For some time I have talked with him about his crime and I have given all my support to overcome this serious situation, I have noticed his great regret for that wrongdoing.

Edoardo has been an example for me in so many work experiences. Together we managed to win many lawsuits in favor of the company we work for, so I am sure that he is a good person who still has a lot to contribute.

I am writing to you with the greatest respect and consideration so you will grant a positive sentence for my friend and former supervisor and avoid that his three daughters being affected economically and / or emotionally.

In advance God bless you and waiting for your favorable decision.

Sincerely,

[signature]

November 30, 2020

**Edward Flores**

**Avenida Libertador, calle Cali, casa 03, Caracas, zip code 1080, Venezuela.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

RE:   **U.S. v. Edoardo Orsoni**

<u>**Case No. 19-20725-CR-COOKE**</u>

Dear Judge Cooke:

Dear your honor, my name is Edward Flores, I am 47 years old, I am a lawyer specialized in maritime law, I have known Edoardo J. Orsoni Defrenza, for more than 15 years, I have worked together with him in many maritime oil cases and I can state that it has been a great experience and learning to have worked together.

Edoardo has told me about the crime he committed a while ago and he is really very saddened and sorry for that, he is a person to face situations and I am sure that this has been a great learning for him.

Your honor, on the other hand, I had the opportunity to learn about the solid Christian principles that Edoardo and his family have and practice, as well as a variety of extra-curricular activities that we carry out together, such as volunteer work in repair of public schools, free talks of legal advice for people with few resources, among many others.

Finally, your honor, I ask for your greatest mercy in the decision you will have to make about my friend and former supervisor Edoardo, so that you can prevent his three daughters being significantly affected.

Thank you very much and God Bless you

Sincerely,

November 28, 2020

**Maria Fernanda Orsoni Fierro**

**De los pinos, M118, Lagomar Sur, Canelones, 15000, Uruguay.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

          RE:    **U.S. v. Edoardo Orsoni**

                 <u>**Case No. 19-20725-CR-COOKE**</u>

Dear Judge Cooke:

I am Maria Fernanda Orsoni Fierro, I am 12 years old, I have talked with my daddy Edoardo J. Orsoni Defrenza about his criminal process, and I feel that my Father made a bad mistake because he has always been a good man, he has always helped many people, he is always playing with me and my sister and we always went with him to church on Sundays in the United States. Now we live in Uruguay and continue to go to catechism classes the same as in the United States. Please your honor have mercy on daddy's sentence, I'm sure he is sorry for that serious mistake.

Sincerely,

*[signature]*

November 28, 2020

**Stefania Orsoni Fierro**

**De los pinos, M118, Lagomar Sur, Canelones, 15000, Uruguay.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

               RE:    **U.S. v. Edoardo Orsoni**

                       **Case No. 19-20725-CR-COOKE**

Dear Judge Cooke:

I am Stefania Orsoni Fierro, I am 9 years old, my dad Edoardo J. Orsoni Defrenza explained to me that he is facing a trial for a crime he committed several years ago. My dad is not a bad person, he has always been the best father in the world, every year we go from vacations and we are happy, he has taught me many things, or if I have my room in order and many other things. Please your honor have mercy on my father because he is very sad and I need to do homework with him every day.

Sincerely,

December 01, 2020

**Camila Teresa Orsoni Vasquez**

**Conesa 1846, C1428 CUB, Buenos Aires, Argentina.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

        RE:     **U.S. v. Edoardo Orsoni**

                    <u>**Case No. 19-20725-CR-COOKE**</u>

Dear Judge Cooke:

I am Camila Teresa Orsoni Vasquez, I am 15 years old, my dad Edoardo J. Orsoni Defrenza told me about the crime that was accused in the United States. He explained to me that it was a mistake made by him without evaluating the serious consequences in the future. He is very sad and he will never do it again. Your honor I ask for your greatest compassion to make the best decision for the sentencing of my dad.

Sincerely,

*Camila O*

November 27, 2020

**Stela Defrenza Masciopinto**

**Calle 44, sector 2, casa 01, Barcelona, Venezuela.**

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

        RE:    **U.S. v. Edoardo Orsoni**

                  <u>**Case No. 19-20725-CR-COOKE**</u>

Dear Judge Cooke:

I am Stela Defrenza Masciopinto, I am 88 years old and I am the maternal grandmother of Edoardo J. Orsoni Defrenza, I am Italian by birth, but I have lived in Venezuela for more than 65 years. My husband Basilio Defrenza, Edoardo's grandfather died 3 years ago, we were married 64 years. He was a veteran of the Second World War and he always had the best admiration for Edoardo who the grandson was who set an example to follow.

I have spoken a lot with my Edoardo grandson about the crime he committed and I can certify that I still cannot believe that he has had this problem because he has always been an impeccable person, he has shown himself to be an extremely responsible father of my three beautiful great-granddaughters Camila, Maria and Stefania and a good man with Christian principles.

With the greatest respect, Your Honor, I dare to ask you for the greatest consideration in the decision for the sentence of my beloved second and best grandson.

Sincerely,

*Stelladefranza* (signature)

November 30, 2020

Dr. Jose Dimuro Alloca

Calle Las Palmeras, casa 5, Anzoategui, zip code 6016, Venezuela.

The Honorable Marcia G. Cooke

United States District Judge

United States District Court

400 N. Miami Avenue, Room 11-2

Miami, FL. 33128

RE:   U.S. v. Edoardo Orsoni

Case No. 19-20725-CR-COOKE

Dear Judge Cooke:

Dear Your Honor, I am Jose Dimuro Alloca, I am 73 years old, I am a pulmonologist doctor with more than 40 years of experience. I am the baptism godfather of Edoardo J Orsoni Defrenza. I have seen him grow up with a family of Christian principles and professional lawyers.

Additionally, my best friend Jose Orsoni, father of Edoardo, was a very respected person in our community for his great works.

I have spoken with Edoardo about his crime committed and I confess that my godson is absolutely sorry for those inappropriate acts. I can testify that he has never been a person of bad acts. On the contrary, he has been a young entrepreneur and exemplary as a lawyer in oil and gas.

Dear Your Honor, with all respect and conviction I dare to ask you to proceed with the best sentence for my godson and his beautiful daughters who totally depend on his financial and especially emotional help are not affected, especially in these difficult times of a pandemic that I as a pulmonologist I have seen more closely the reality of family distance.

Sincerely,




